### W. F. SHELTON v. STATE.

No. A-436. Opinion Filed March 21, 1911.

Appeal from Greer County Court; Jarrett Todd, Judge.

W. F. Shelton was convicted of selling intoxicating liquors in the county court of Greer county, and appeals. Appeal dismissed.

John Evans, Jr., and C. G. Hornor, for plaintiff in error.
Smith C. Matson, Asst. Atty. Gen., for defendant in error.

PER CURIAM. The case-made in this case was not served on the county attorney nor the appeal filed in the office of the clerk of this court within the time allowed by the trial court. It is necessary for the case-made to be served on the county attorney within the time allowed by the trial court and for the appeal to be filed in this court within the time allowed, and when either of these requirements is not complied with this court is without jurisdiction to determine. the appeal on its merits, and under repeated holdings heretofore had the appeal will have to be dismissed. Appeal dismissed.

---

### WARD SIES v. STATE.

No. A-485. Opinion Filed March 21, 1911.

Appeal from Jefferson County Court; G. M. Bond, Judge.

Ward Sies was convicted in the county court of Jefferson county on a charge of selling intoxicating liquor and appeals. Judgment affirmed.

J. H. Harper, for plaintiff in error.
Smith C. Matson, Asst. Atty. Gen., for defendant in error.

PER CURIAM. The case-made was never filed in the court below as required by section 6951, Snyder's Statutes, and upon the suggestion of the Assistant Attorney General it is stricken from the record. No error prejudicial to the rights of the plaintiff in error appearing in the transcript, the judgment of the court below is affirmed.